THE PEOPLE OF THE STATE OF NEW YORK ex rel. THOMAS CIRRONE, Relator, Respondent, v. JOHN L. HOFFMAN, Superintendent of the Institution for Male Defective Delinquents, Napanoch, N. Y., Appellant.— Motion for leave to appeal to the Court of Appeals and to have questions certified, denied on the merits, and on the further ground that the questions proposed are general and not specific. Hill, P. J., Rhodes, McNamee and Crapser, JJ., concur; Bliss, J., dissents.

ELMORE MILLING COMPANY, INC., Appellant, v. DELLA M. CARKEES and PERCY B. ROCKWELL, Respondents.— Motion to modify or reverse decision handed down November 23, 1938, denied. [See 255 App. Div. 410.] Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

STEPHEN PANTESS, Respondent, v. SARATOGA SPRINGS AUTHORITY, Appellant.— Motion for leave to appeal to the Court of Appeals, and for the certification of question, denied, with ten dollars costs. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of JOSEPH A. BUDDENBORG, Respondent, against GILMAN CONSTRUCTION COMPANY OF BUFFALO and ROYAL INDEMNITY COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for· reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of Mrs. CATHERINE DOOLEY, Respondent, against M. SHAPIRO & SON and MASSACHUSETTS BONDING & INSURANCE COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

HENRY P. LYNCH, as Ancillary Executor, etc., of MATTHEW C. LYNCH, Deceased, and Others, Appellants, v. JOSEPH E. LYNCH, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for stay denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.